IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENGA BROWN, | 1:13-cv-01106 GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| SHERRY LOPEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2013, Plaintiff filed the Complaint commencing this action, together with a Declaration in support of Request to Proceed In Forma Pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, Plaintiff did not submit an Application to Proceed in Forma Pauperis.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached Application to Proceed in Forma Pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Plaintiff is not required to submit another copy of his prison trust account statement.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: July 25, 2013         /s/ Gary S. Austin
                             UNITED STATES MAGISTRATE JUDGE