UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENGA BROWN,<br><br>       Plaintiff,<br><br>vs.<br><br>SHERRY LOPEZ, ET AL.,<br><br>       Defendant. | Case No. 1:13 cv 01106 AWI GSA PC<br><br>ORDER DIRECTING CLERK TO RE-SERVE ORDER AND GRANTING PLAINTIFF THIRTY DAYS IN WHICH TO FILE AN AMENDED COMPLAINT |

      Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 9, 2012, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint.   On October 9, 2013, Plaintiff filed a notice of change of address, indicating his transfer to a different facility.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The Clerk shall re-serve the October 6, 2013, order on Plaintiff at his address of record.

      2.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **November 13, 2013**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

2