UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENGA N. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERRY LOPEZ, et al.,<br><br>    Defendants. | 1:13-cv-01106-AWI-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br>(Doc. 5.)<br><br>OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |

Karenga N. Brown ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 18, 2013. (Doc. 1.) On August 8, 2013, Plaintiff filed the First Amended Complaint. (Doc. 5.)

The Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and entered an order on October 9, 2013, dismissing the First Amended Complaint for failure to state a claim, with leave to amend within thirty days. (Doc. 11.) To date, Plaintiff has not complied with or otherwise responded to the court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

---

[1] On October 9, 2013, the court's order was served upon Plaintiff at his address of record at Kern Valley State Prison in Delano, California. (Doc. 11.) On October 10, 2013, Plaintiff filed a notice of change of address to the California Health Care Facility (CHCF) in Stockton, California. (Doc. 12.) On November 13, 2013, the Clerk re-served the order upon Plaintiff at CHCF. (Court Docket.) On December 3, 2013, the U.S. Postal Service again returned the order to the court as undeliverable. A notation on the envelope indicated that Plaintiff was "discharged." Plaintiff has not advised the court of another change of address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), **IT IS HEREBY RECOMMENDED** that:

1.	This action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

2.	This dismissal be subject to the "three strikes" provision of 28 U.S.C. 1915(g).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     **December 19, 2013**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

2